IN THE MATTER OF THE APPLICATION OF THE PEOPLE OF THE STATE OF NEW YORK FOR AN ORDER REQUIRING LOUIS B. SAPERSTEIN TO APPEAR AS A WITNESS.

See same case below: 30 *N. J. Super.* 373.

*Mr. Max Mehler* for the petitioner.

*Mr. Charles V. Webb, Jr.,* County Prosecutor, and *Messrs. Frank S. Hogan, Charles W. Manning* and *Frank Brenner,* of the New York Bar, for the respondent.

June 21, 1954.   Denied.